**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV 08-5457-JFW (OP)                    Date:  August 27, 2008

Title:  Geoffrey Lynn Boldt v. James D. Hartley, Warden

---

PRESENT: THE HONORABLE   OSWALD PARADA           ☐   U.S. DISTRICT JUDGE

                                                 ☒   MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**               **ATTORNEYS PRESENT FOR DEFENDANTS:**
           NONE                                                NONE


**PROCEEDINGS:**   (IN CHAMBERS: MOTION FOR APPOINTMENT OF COUNSEL)

On August 20, 2008, petitioner filed a Petition for Writ for Habeas Corpus pursuant to 28 U.S.C. § 2254.  Along with the petition, petitioner also filed a Request for Appointment of Counsel and Declaration of Indigency.

The Court has considered petitioner's motion.  Based on the Court's evaluation of the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved, petitioner's motion is denied without prejudice.  See Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  However, if an evidentiary hearing is held, the Court intends to appoint counsel to represent petitioner.  See Knaubert v. Goldsmith, 791 F.2d 722, 728-29 (9th Cir. 1986); Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.**


cc:  All Parties of Record



                                    Initials of Deputy Clerk____MG_____

CV-90 (10/98)
CIVIL    MINUTES    -    GENERAL