JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY LYNN BOLDT,<br><br>              Petitioner,<br><br>    vs.<br><br>JAMES D. HARTLEY, Warden,<br><br>              Respondent. | Case No. CV 08-5457-JFW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 30, 2009

                              HONORABLE JOHN F. WALTER
                              United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge